NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Chris Carson, Esq., SBN 280048
Center for Disability Access
9845 Erma Road, Suite 300, San Diego, CA 92131
PO Box 262490, San Diego, CA 92196-2490
Phone: (858) 375-7385
Fax: (888) 422-5191

ATTORNEY(S) FOR:  JOSE ESTRADA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE ESTRADA | Plaintiff(s), | CASE NUMBER: |
| v. | | |
| 1255 Sartori Ave.  Investors, LLC, a Delaware Limited Liability Company; GPT GIG BOA Portfolio Owner LLC, a Delaware Limited Liability Company; and Does 1-10 | | **CERTIFICATION  AND  NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| | Defendant(s) | |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____ JOSE ESTRADA _____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Jose Estrada | Plaintiff |
| 1255 Sartori Ave.  Investors, LLC | Defendant and current owner/operator of subject property |
| GPT GIG BOA Portfolio Owner LLC | Defendant and prior owner/operator of subject property |

02/27/2018
_____
Date

_____
Signature

Attorney of record for (or name of party appearing in pro per):

JOSE ESTRADA
_____